# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
HAWKINS JR., RODERICK § Case No. 16-14096
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/26/2016 . The undersigned trustee was appointed on 04/26/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $    18,887.15

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 80.50 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 18,806.65 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/01/2016 and the deadline for filing governmental claims was 12/01/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,638.72 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,638.72 , for a total compensation of $ 2,638.72 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 1.74 , for total expenses of $ 1.74 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/17/2017              By: /s/JOSEPH E. COHEN
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 16-14096 ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | HAWKINS JR., RODERICK | Date Filed (f) or Converted (c): | 04/26/16 (f) |
| | | 341(a) Meeting Date: | 06/09/16 |
| For Period Ending: | 01/17/17 | Claims Bar Date: | 12/01/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Duplex or multi-unit building, Townhome, 4196 Br | 31,500.00 | 0.00 | | 0.00 | FA |
|     Duplex or multi-unit building, Townhome, 4196 Brentwood LaneWaukegan IL 60087-0000 | | | | | |
| 2. 2001 Jeep Cherokee (Value per Edmunds private deal | 1,300.00 | 0.00 | | 0.00 | FA |
|     2001 Jeep Cherokee (Value per Edmunds private dealer) mileage: 153000 | | | | | |
| 3. 2011 Toyota Camry mileage: 65000 | 9,612.00 | 0.00 | | 0.00 | FA |
|     2011 Toyota Camry mileage: 65000 | | | | | |
| 4. Basic and necessary furniture, home furnishings . | 650.00 | 0.00 | | 0.00 | FA |
|     Basic and necessary furniture, home furnishings . Joint with non-filing spouse. | | | | | |
| 5. Tv, DVD, CD player and older laptop. Joint with no | 250.00 | 0.00 | | 0.00 | FA |
|     Tv, DVD, CD player and older laptop. Joint with non-filing spouse. | | | | | |
| 6. Usual and necessary clothing | 300.00 | 0.00 | | 0.00 | FA |
|     Usual and necessary clothing | | | | | |
| 7. Associated Bank | 2,512.15 | 0.00 | | 0.00 | FA |
|     Associated Bank | | | | | |
| 8. Community Trust Credit Union. Is son's money colle | 1,200.00 | 0.00 | | 0.00 | FA |
|     Community Trust Credit Union. Is son's money collected for birthdays and holidays but in debtor's name. | | | | | |
| 9. Community Trust Credit Union | 19,000.00 | 0.00 | | 18,887.15 | FA |
|     Community Trust Credit Union | | | | | |
| 10. Vanguard - OQ Corporation Retiremenet Plan | 352,306.72 | 0.00 | | 0.00 | FA |

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*  Ver: 19.06c

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 16-14096   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | HAWKINS JR., RODERICK | Date Filed (f) or Converted (c): | 04/26/16 (f) |
| | | 341(a) Meeting Date: | 06/09/16 |
| | | Claims Bar Date: | 12/01/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Vanguard - OQ Corporation Retiremenet Plan 11. Taxes filed. Federal taxes owed and paid.State ref Taxes filed. Federal taxes owed and paid.State refund due.State | 175.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $418,805.87 | $0.00 | | $18,887.15 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE REVIEWING CLAIMS; TFR TO FOLLOW 1/11/17

FUNDS RECEIVED 10/4/16

TRUSTEE PREPARED/FILED MOTION FOR TURNOVER - 8/29/16

Initial Projected Date of Final Report (TFR):  / /          Current Projected Date of Final Report (TFR):  / /

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 16-14096 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | HAWKINS JR., RODERICK | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2531 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4114 | | |
| For Period Ending: | 01/17/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/04/16 | 9 | COMMUNITY TRUST CREDIT UNION<br>1313 SKOKIE HIGHWAY<br>GURNEE, IL 60031 | | 1129-000 | 18,887.15 | | 18,887.15 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.36 | 18,861.79 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.14 | 18,834.65 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.00 | 18,806.65 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 18,887.15 | 80.50 | 18,806.65 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 18,887.15 | 80.50 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 18,887.15 | 80.50 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******2531) | 18,887.15 | 80.50 | 18,806.65 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 18,887.15 | 80.50 | 18,806.65 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     18,887.15     80.50

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 17, 2017 |
|---|---|---|---|---|---|---|

Case Number:  16-14096  
Debtor Name:  HAWKINS JR., RODERICK

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN 1<br>001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL  60602 | Administrative | | $2,640.46 | $0.00 | $2,640.46 |
| ADMN 2<br>001<br>3110-00 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $2,426.25 | $0.00 | $2,426.25 |
| 000001<br>070<br>7100-00 | Equity Funding LLC<br>6416 Pacific Hwy E Fl 3<br>Fife WA 98424 | Unsecured | | $297,355.40 | $0.00 | $297,355.40 |
| | Case Totals: | | | $302,422.11 | $0.00 | $302,422.11 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-14096
Case Name: HAWKINS JR., RODERICK
Trustee Name: JOSEPH E. COHEN

Balance on hand $ 18,806.65

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 2,638.72 | $ 0.00 | $ 2,638.72 |
| Trustee Expenses: JOSEPH E. COHEN | $ 1.74 | $ 0.00 | $ 1.74 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 2,426.25 | $ 0.00 | $ 2,426.25 |

Total to be paid for chapter 7 administrative expenses  $ 5,066.71
Remaining Balance  $ 13,739.94

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 297,355.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Equity Funding LLC | $ 297,355.40 | $ 0.00 | $ 13,739.94 |
| | Total to be paid to timely general unsecured creditors | | | $ 13,739.94 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE