IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **RODERICK HAWKINS, JR.** | ) | No. 16 B 14096 |
| | ) | |
| Debtor(s) | ) | |

## PROOF OF SERVICE

TO:     See Attached List

    I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on January 27, 2017, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                                              BY:/s/ Joseph E. Cohen
                                                                One of His Attorney

Service List:

Equity Funding, LLC
6416 Pacific Hwy E Fl 3
Fife, WA   98424

Jeffrey Dovitz
Jeff.dovitz@jdpclegal.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov