UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
HAWKINS JR., RODERICK § Case No. 16-14096
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 25,912.00 *(Without deducting any secured claims)* | Assets Exempt: 374,006.72 |
| Total Distributions to Claimants: 13,739.94 | Claims Discharged Without Payment: 285,420.46 |
| Total Expenses of Administration: 5,147.21 | |

3) Total gross receipts of $ 18,887.15 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 18,887.15 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 72,612.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,147.21 | 5,147.21 | 5,147.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 328,265.66 | 297,355.40 | 297,355.40 | 13,739.94 |
| **TOTAL DISBURSEMENTS** | $ 400,877.66 | $ 302,502.61 | $ 302,502.61 | $ 18,887.15 |

4) This case was originally filed under chapter 7 on 04/26/2016. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/06/2017          By:/s/JOSEPH E. COHEN
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Community Trust Credit Union | 1129-000 | 18,887.15 |
| **TOTAL GROSS RECEIPTS** | | **$ 18,887.15** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Community Trust Cu 1313 N Skokie Hwy Gurnee, IL 60031 | | 9,612.00 | NA | NA | 0.00 |
| | M & T Bank Attn: Bankruptcy 1100 Wehrle Dr 2nd Floor Williamsville, NY 14221 | | 63,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 72,612.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN, JOSEPH E. | 2100-000 | NA | 2,638.72 | 2,638.72 | 2,638.72 |
| COHEN, JOSEPH E. | 2200-000 | NA | 1.74 | 1.74 | 1.74 |
| ASSOCIATED BANK | 2600-000 | NA | 80.50 | 80.50 | 80.50 |
| COHEN & KROL | 3110-000 | NA | 2,426.25 | 2,426.25 | 2,426.25 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,147.21 | $ 5,147.21 | $ 5,147.21 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Nc4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | 1,805.00 | NA | NA | 0.00 |
| 000001 | EQUITY FUNDING LLC | 7100-000 | 326,460.66 | 297,355.40 | 297,355.40 | 13,739.94 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 328,265.66 | $ 297,355.40 | $ 297,355.40 | $ 13,739.94 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 16-14096   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | HAWKINS JR., RODERICK | Date Filed (f) or Converted (c): | 04/26/16 (f) |
|  |  | 341(a) Meeting Date: | 06/09/16 |
| For Period Ending: | 04/06/17 | Claims Bar Date: | 12/01/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Duplex or multi-unit building, Townhome, 4196 Br | 31,500.00 | 0.00 |  | 0.00 | FA |
| Duplex or multi-unit building, Townhome, 4196 Brentwood LaneWaukegan IL 60087-0000 |  |  |  |  |  |
| 2. 2001 Jeep Cherokee (Value per Edmunds private deal | 1,300.00 | 0.00 |  | 0.00 | FA |
| 2001 Jeep Cherokee (Value per Edmunds private dealer) mileage: 153000 |  |  |  |  |  |
| 3. 2011 Toyota Camry mileage: 65000 | 9,612.00 | 0.00 |  | 0.00 | FA |
| 2011 Toyota Camry mileage: 65000 |  |  |  |  |  |
| 4. Basic and necessary furniture, home furnishings . | 650.00 | 0.00 |  | 0.00 | FA |
| Basic and necessary furniture, home furnishings . Joint with non-filing spouse. |  |  |  |  |  |
| 5. Tv, DVD, CD player and older laptop. Joint with no | 250.00 | 0.00 |  | 0.00 | FA |
| Tv, DVD, CD player and older laptop. Joint with non-filing spouse. |  |  |  |  |  |
| 6. Usual and necessary clothing | 300.00 | 0.00 |  | 0.00 | FA |
| Usual and necessary clothing |  |  |  |  |  |
| 7. Associated Bank | 2,512.15 | 0.00 |  | 0.00 | FA |
| Associated Bank |  |  |  |  |  |
| 8. Community Trust Credit Union. Is son's money colle | 1,200.00 | 0.00 |  | 0.00 | FA |
| Community Trust Credit Union. Is son's money collected for birthdays and holidays but in debtor's name. |  |  |  |  |  |
| 9. Community Trust Credit Union | 19,000.00 | 0.00 |  | 18,887.15 | FA |
| Community Trust Credit Union |  |  |  |  |  |
| 10. Vanguard - OQ Corporation Retiremenet Plan | 352,306.72 | 0.00 |  | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: | 16-14096   ABG   Judge: A. BENJAMIN GOLDGAR |
| Case Name: | HAWKINS JR., RODERICK |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Date Filed (f) or Converted (c): | 04/26/16 (f) |
| 341(a) Meeting Date: | 06/09/16 |
| Claims Bar Date: | 12/01/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Vanguard - OQ Corporation Retiremenet Plan 11. Taxes filed. Federal taxes owed and paid.State ref Taxes filed. Federal taxes owed and paid.State refund due.State | 175.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $418,805.87 | $0.00 | | $18,887.15 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE SUBMITTED TFR TO US TEE FOR REVIEW 1/19/17

TRUSTEE REVIEWING CLAIMS; TFR TO FOLLOW 1/11/17. FUNDS RECEIVED 10/4/16. TRUSTEE PREPARING MOTION FOR TURNOVER - 8/29/16

Initial Projected Date of Final Report (TFR): 02/28/17      Current Projected Date of Final Report (TFR): 02/28/17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 16-14096 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | HAWKINS JR., RODERICK | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2531 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4114 | | | |
| For Period Ending: | 04/06/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/04/16 | 9 | COMMUNITY TRUST CREDIT UNION<br>1313 SKOKIE HIGHWAY<br>GURNEE, IL 60031 | | 1129-000 | 18,887.15 | | 18,887.15 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.36 | 18,861.79 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.14 | 18,834.65 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.00 | 18,806.65 |
| 02/24/17 | 300001 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL 60602 | Claim ADMIN 1, Payment 100.00000% | | | 2,640.46 | 16,166.19 |
| | | | Fees 2,638.72 | 2100-000 | | | |
| | | | Expenses 1.74 | 2200-000 | | | |
| * 02/24/17 | 300002 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Claim ADMN 2, Payment 100.00000% | 3110-003 | | 2,426.25 | 13,739.94 |
| 02/24/17 | 300003 | Equity Funding LLC<br>6416 Pacific Hwy E Fl 3<br>Fife WA 98424 | Claim 000001, Payment 4.62071% | 7100-000 | | 13,739.94 | 0.00 |
| * 03/02/17 | 300002 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Claim ADMN 2, Payment 100.00000% | 3110-003 | | -2,426.25 | 2,426.25 |
| 03/02/17 | 300004 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney fees | 3110-000 | | 1,617.51 | 808.74 |
| 03/02/17 | 300005 | JOSEPH E. COHEN, Attorney<br>105 W. Madison, Ste 1100<br>Chicago, IL 60602 | Attorney fees | 3110-000 | | 808.74 | 0.00 |

Page Subtotals     18,887.15     18,887.15

Ver: 19.07a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 16-14096 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | HAWKINS JR., RODERICK | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2531 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4114 | | |
| For Period Ending: | 04/06/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | 18,887.15 | 18,887.15 | 0.00 |
| | | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 18,887.15 | 18,887.15 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 18,887.15 | 18,887.15 | |

|  |  |  |
|---|---|---|
| NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |

TOTAL - ALL ACCOUNTS

Checking Account (Non-Interest Earn - *******2531)    18,887.15    18,887.15    0.00

-----------------------    -----------------------    -----------------------

18,887.15    18,887.15    0.00

=============    =============    =============

(Excludes Account Transfers)   (Excludes Payments To Debtors)   Total Funds On Hand

Page Subtotals    0.00    0.00

Ver: 19.07a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*